| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Waxse, David J. | 2. Court or Organization<br><br>United State District Court | 3. Date of Report<br><br>05/14/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Full time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Room 603, U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | American Bar Foundation |
| 2. | | |
| 3. | Fellow | Kansas Bar Foundation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Research & Training Associates, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI | 01/22/2015-01/29/2015 | NEW YORK, NY | PRESENTER | TRAVEL AND LODGING |
| 2. | ABA | 02/03/2015-02/06/2015 | HOUSTON, TX | PRESENTER | TRAVEL AND LODGING |
| 3. | KBA | 02/0122015 | TOPEKA, KS | PRESENTER | TRAVEL AND LODGING |
| 4. | FEDERAL COURTS LAW REVIEW | 02/18/2015-02/19/2015 | CHARLESTON, SC | PRESENTER | TRAVEL AND LODGING |
| 5. | ACI | 02/25/2015 | NEW YORK NY | PRESENTER | TRAVEL AND LODGING |
| 6. | JD FORENSIC | 04/09/2015-04//10/2015 | CHICAGO,IL | PRESENTER | TRAVEL AND LODGING |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

| # | | Dates | Location | Role | Items |
|---|---|---|---|---|---|
| 8. | | | | | |
| 9. | ACI | 06//01/2015-06/02/2015 | NEW YORK,NY | PRESENTER | TRAVEL AND LODGING |
| 10. | | | | | |
| 11. | ABA | 07/30//2015-08/02/2015 | cHICAGO, IL | PRESENTER | TRAVEL AND LODGING |
| 12. | IOWA JUDICIAL CONFERENCE | 08/10/2015-08/13/2015 | IOWA CITY, IA | PRESENTER | TRAVEL AND LODGING |
| 13. | PLI | 09/01/2015-09/02//2015 | NEW YORK, NY | PRESENTER | TRAVEL AND LODGING |
| 14. | PREX | 09/16/2015-09/18/2015 | PORTLAND, OR | PRESENTER | TRAVEL AND LODGING |
| 15. | ACEDS | 09/29/2015-09/30/2015 | WASHNGTON,DC | PRESENTER | TRAVEL AND LODGING |
| 16. | RELATIVITY | 10/12/201 | CHICAGO, IL | PRESENTER | TRAVEL AND LODGING |
| 17. | ACI | 10/26/2015-10/29/2015 | NEW YORK, NY | PRESENTER | TRAVEL AND LODGING |
| 18. | EY | 11/04/2015-11/05/2015 | NEW YORK, NY | PRESENTER | TRAVEL AND LODGING |
| 19. | GEORGETOWN LAW SCHOOL | 11/18/2014-11/20/2015 | WASHINGTON, DC | PRESENTER | TRAVEL AND LODGING |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amer Funds Small Capital World Fund | | None | | | Sold | 01/02/15 | K | D | |
| 2. Amer Funds American Mutual Fund Class A. | | None | | | Sold | 01/02/15 | M | E | |
| 3. American Funds Growth Fund of America CL C [Y] | | None | | | Sold | 01/02/15 | L | E | |
| 4. American Funds New Perspective Fund CL C[y] | | None | | | Sold | 01/02/15 | L | E | |
| 5. Wash Mutual Inv FD n/k/a Amer Funds Wash Mutual | | None | | | Sold | 01/02/15 | L | E | |
| 6. Bank of America Money Market account | B | Interest | K | T | | | | | |
| 7. American Funds Europacific | | None | | | Sold | 01/02/15 | L | D | |
| 8. American Global Balanced | D | Dividend | N | T | Buy | 01/02/15 | N | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. American Funds Amcap Fund A | | None | | | Sold | 01/02/15 | M | E | |
| 16. American Funds Fundamental Investors CLA | | None | | | Sold | 01/02/15 | M | E | |
| 17. American Funds American Balanced A | E | Dividend | O | T | Buy | 01/02/15 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Waxse, David J. | 05/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital Income Builder Fund CLA | | None | | | Sold | 01/02/15 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Waxse, David J. | 05/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David J. Waxse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544